WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq. SBN 167280
Patricia L. Penny, Esq., SBN: 124969
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142

Attorney for Defendants,
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORTGAGEIT TRUST 2005-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR1 (erroneously sued as U.S. Bank, N.A.); and RESIDENTIAL CREDIT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CORDERO,<br><br>        Plaintiff,<br>vs.<br><br>U.S. BANK, N.A.; RESIDENTIAL CREDIT SOLUTIONS,INC.; SAGE POINT LENDER SERVICES, LLC and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 3:14-CV-01709-MMA<br><br>**DEFENDANTS' NOTICE OF PLAINTIFF'S NON OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORTGAGEIT TRUST 2005-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR1 (erroneously sued as U.S. Bank, N.A.); and RESIDENTIAL CREDIT SOLUTIONS, INC. (collectively "Defendants") hereby responds to the lack of any Opposition from Plaintiff LUIS CORDERO ("Plaintiff"), to Defendants' Motion to Dismiss Plaintiff's First

1

Complaint (the "Motion").

## I. PLAINTIFF HAS FAILED TO OPPOSE THE MOTION.

Pursuant to Local Rule 7.1.e.1, all opposition papers shall be filed with the court and served on each party at least twenty-one (14) days before the date designated for the hearing of the Motion. Further, the opposing party: "shall file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that that party will not oppose the motion."

Plaintiff was to file his Opposition by August 19, 2014. As of August 26, 2014, Plaintiff has failed to oppose the Motion set to be heard on September 2, 2014.

## II. CONCLUSION.

In light of Plaintiff's failure to oppose Defendants' Motion to Dismiss, or to file a statement of non-opposition, Defendant respectfully requests that such failure be deemed consent by Plaintiff to the granting of Defendants' Motion to Dismiss. Consequently, Defendant respectfully requests that its Motion to Dismiss Plaintiff's Complaint be granted in its entirety **without leave to amend** as Plaintiff's Complaint lacks merit.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: August 26, 2014    By: /s/ *T. Robert Finlay*
T. Robert Finlay, Esq.
Patricia L. Penny, Esq.
Attorneys for Defendants, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORTGAGEIT TRUST 2005-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR1 (erroneously sued as U.S. Bank, N.A.); and RESIDENTIAL CREDIT SOLUTIONS, INC.

**PROOF OF SERVICE**

I, Jovete Elguira, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On August 26, 2014, I served the within **DEFENDANTS' NOTICE OF PLAINTIFF'S NON OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Marc Applbaum
Kettner Law Corporation
2150 W. Washington Street, Suite 104
San Diego, CA 92110
(888) 809-0724
Attorney for Luis Cordero, Plaintiff

Christian Crutchfield Chapman, Esq.
AMSL Legal Group, LLP
400 Exchange Suite 100
Irvine, CA 92602

Marlon Frazier
Residential Credit Solutions, Inc.
4708 Mercantile Dr.
Fort Worth, TX  76137
[Client]

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

1
**PROOF OF SERVICE**

| | |
|---|---|
| [ ] | (BY CERTIFIED MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices, via Certified Mail, Return Receipt Requested. |
| [ ] | (BY PERSONAL SERVICE) I caused personal delivery by ATTORNEY SERVICE of said document(s) to the offices of the addressee(s) as set forth on the attached service list. |
| [X] | (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se." |
| [X] | (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed on August 26, 2014, at Newport Beach, California.

_____
Jovete Elguira